

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mannis, M.D. et al

**Plaintiff,**

V.

American Board of Medical Specialties et al

**Defendant.**

**FILED**

4/15/2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: L. Fincher , Deputy

**Civil No.** 19cv0341-L-RBB

**STRICKEN DOCUMENT:**

Motion to Dismiss and Motion to Transfer

**Per Order #   33**

29