JEAN-PAUL P. CART (SBN 267516)
jcart@schiffhardin.com
SCHIFF HARDIN LLP
4 Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: 415-901-8700

JOHN J. SHAEFFER (SBN 138331)
JShaeffer@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   (310) 598-4150
Facsimile:   (310) 556-9828

JACK R. BIERIG (IL SBN 0207039)
(*Pro Hac Vice*)
jbierig@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: 312-258-5500

NATALMA M. MCKNEW
(*Admitted Pro Hac Vice*)
TMcknew@FoxRothschild.com
FOX ROTHSCHILD LLP
2 West Washington Street, Suite 1100
Greenville, SC  29601
Telephone:   (864) 751-7600
Facsimile:   (864) 751-7800

Attorneys for ABMS and ABEM

MICHAELA L. SOZIO
TRESSLER LLP
6100 Center Drive
Suite 1175
Los Angeles, CA 90045
Telephone: (310) 203-4815

Attorneys for Defendant American
Board of Orthopaedic Surgery

MAUREEN DEMAREST MURRAY
(*Admitted Pro Hac Vice*)
MMurray@Foxrothschild.com
FOX ROTHSCHILD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone:   (336) 378-5200
Facsimile:   (336) 378-5400

Attorneys for Defendant American
Board of Anesthesiology

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MANNIS, M.D., ET AL. INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BOARD OF MEDICAL SPECIALTIES, AMERICAN BOARD OF ANESTHESIOLOGY, ET AL.<br><br>Defendants. | Case No. 3:19-CV-00341-L-RBB<br><br>**CLASS ACTION**<br><br>**RESPONSE OF DEFENDANTS AMERICAN BOARD OF MEDICAL SPECIALTIES, AMERICAN BOARD OF ANESTHESIOLOGY, AMERICAN BOARD OF EMERGENCY MEDICINE AND AMERICAN BOARD OF ORTHOPAEDIC SURGERY TO ORDER TO SHOW CAUSE DATED SEPTEMBER 30, 2019** |

| | |
|---|---|
| ALEXANDER ROSENSTEIN, M.D., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN BOARD OF ORTHOPAEDIC SURGERY, ET AL.<br><br>    Defendants. | Case No. 19-cv-01754-L-RBB<br><br>**CLASS ACTION** |

Defendants American Board of Medical Specialties, American Board of Anesthesiology, American Board of Emergency Medicine, and American Board of Orthopaedic Surgery agree that consolidation of the above-captioned matters for pretrial purposes will promote efficiency, subject to affording the American Board of Orthopaedic Surgery and the American Board of Medical Specialties until November 18, 2019 to answer or otherwise plead in response to the Complaint in *Rosenstein v. American Board of Orthopaedic Surgery and American Board of Medical Specialties,* Case No. 19-cv-01754, as previously agreed by counsel for the parties.

The defendants respectfully request, however, that the Court hold in abeyance any decision on consolidation for trial.  The two cases are brought by multiple plaintiffs practicing different medical specialties. Defendants are three separate certifying Boards, each administering its own certification program, and the ABMS, which does not certify physicians at all.

Defendants respectfully submit that these cases should be dismissed pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and need never be tried.  See, *e.g., Kenney et al v. American Board of Internal Medicine,* Case No. 2:18-CV-05260-RK (ECF No. 43-1, September 26, 2019) and *Association of American Physicians & Surgeons, Inc. v. American Board of Medical Specialties,* Case No. 14-cv-02705, 2017 WL 6821094 (N.D. Ill. Dec. 13, 2017). If the cases do proceed to trial, however, the Court should determine at that time whether the likelihood of jury confusion and consequent prejudice warrant separate trials of the two cases. See, *e.g.*, *Bower v. Wright Medical,* 2019 WL 3947088, Case Nos. 2:17-cv-03178-CAS and 2:17-cv-03196-CAS (C.D. Cal. August 19, 2019), in which the Court consolidated cases for pretrial purposes but delayed ruling on the issue of consolidation for trial.  Against a complete discovery record, the Court revisited the issue of trial consolidation and concluded that "the differences between the factual circumstances in both cases . . . pose a substantial risk of prejudicing the defendants at trial and confusing the jury," *Id.* at *3.  The Court therefore declined to consolidate the cases for trial.

Dated:  October_21, 2019         FOX ROTHSCHILD LLP

By:   */s/Natalma M. McKnew*
JOHN J. SHAEFFER, ESQ.
NATALMA M. MCKNEW, ESQ.
(Admitted Pro Hac Vice)
MAUREEN DEMAREST MURRAY, ESQ. (Admitted Pro Hac Vice)

Attorneys for Defendant ABA

|  |  |
|---|---|
| Dated:  October  21, 2019 | SCHIFF HARDIN LLP |
|  | By: */s/Jean-Paul P. Cart*<br>JEAN-PAUL P. CART<br>JACK R. BIERIG<br>(Admitted Pro Hac Vice) |
|  | Attorneys for Defendants ABMS and ABEM |
| Dated:  October 21, 2019 | TRESSLER LLP |
|  | By: */s/Michaela L. Sozio*<br>MICHAELA L. SOZIO |
|  | Attorney for Defendant American Board of Othopaedic Surgery |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jean-Paul P. Cart and Jack R. Bierig, counsel for Defendants American Board of Medical Specialties and American Board of Emergency Medicine and Michaela L. Sozio, counsel for Defendant American Board of Othopaedic Surgery and that I have obtained Mr. Cart's, Mr. Bierig's, and Ms. Sozio's authorization to affix their electronic signature to this document.

Dated: October 21, 2019    By: */s/ Natalma M. McKnew*
                                    Natalma M. McKnew